IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMI BUBICA, | ) | FILED: AUGUST 14, 2008 |
| | ) | 08CV4619 |
| Plaintiff, | ) | JUDGE NORDBERG |
| | ) | MAGISTRATE JUDGE VALDEZ |
| vs. | ) Civil Action No. | |
| | ) | TC |
| TRS RECOVERY SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, AMI BUBICA, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, TRS RECOVERY SERVICES, INC., and alleging as follows:

## PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

## JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

## PARTIES

3. Plaintiff, Ami Bubica, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Joliet, State of Illinois.

4. At all relevant times herein, Defendant, TRS Recovery Services, Inc., ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed from Plaintiff.

5.    Defendant is a corporation that has its principal place of business and its offices located in the State of Texas.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. TRS RECOVERY SERVICES, INC.

6.    On July 19, 2008, Plaintiff received an initial debt collection letter from Defendant attempting to collect a debt allegedly owed from Plaintiff.

7.    In July of 2008, Plaintiff began receiving telephone calls from a representative of Defendant attempting to collect the alleged debt.

8.    On July 29, 2008, Defendant caused Plaintiff's home telephone to ring approximately fifteen separate times.

9.    On July 30, 2008, Defendant caused Plaintiff's home telephone to ring approximately seventeen separate times.

10.    In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a.    Caused a telephone to ring or engaged any person in telephone conversation repeatedly or continuously with intent to annoy, abuse or harass any person at the called number in violation of 15 U.S.C. § 1692d(5); and

11.    As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, AMI BUBICA, by and through her attorneys, respectfully prays for judgment as follows:

    a.    All actual compensatory damages suffered;

    b.    Statutory damages of $1,000.00 for Plaintiff;

c. Plaintiff's attorneys' fees and costs;

d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY***

Respectfully Submitted,
**AMI BUBICA**


By:     s/Larry P. Smith
          Attorney for Plaintiff


Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.     (312) 222-9028
Fax    (312) 602-3911
e-mail  lsmith@lpsmithlaw.com

3